**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **MARQUETTA ROBERTS**, | : | |
| | : | Case No. 3:21-cv-00950-JRK |
| Plaintiff, | : | |
| | : | Judge James R. Knepp, II |
| vs. | : | |
| | : | |
| **ONPOINT GROUP LLC**, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## JOINT ENTRY OF DISMISSAL WITH PREJUDICE

Plaintiff Marquetta Roberts and Defendant OnPoint Group, LLC, by their respective counsel, inform this Court that all issues and disputes in the above-styled civil action have been compromised and settled. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Parties jointly move this Court to dismiss, with prejudice, all claims regarding the matter at issue in this litigation, with each party to bear its own costs and attorneys' fees.

This Court, being advised of the settlement and compromise of all the claims, does hereby **ORDER** that all claims in the above-styled civil action are **DISMISSED WITH PREJUDICE**. This case shall be stricken from the docket of the Court. The Court reserves jurisdiction to interpret and enforce the terms of the settlement agreement.

Entered this _____ day of _____ 2022.

_____
The Honorable Judge James R. Knepp II

Respectfully submitted,


/s/ Frank Landry (via email authorization)
Frank Landry
WASSERMAN, BRYAN, LANDRY &
HONOLD, LLP
1090 West South Boundary, Suite 500
Perrysburg, Ohio 43551
FLandry308@aol.com

Attorney for Plaintiff

/s/ Jessica T.S. Sexton
Anne E. Duprey (0087798)
**FROST BROWN TODD LLC**
10 W. Broad Street, Suite 2300
Columbus, OH 43215-3484
Telephone: (614) 464-1211
Fax: (614) 464-1737
aduprey@fbtlaw.com

Tessa L. Castner (0093808)
Jessica T.S. Sexton (0097763)
**FROST BROWN TODD LLC**
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
Telephone: (513) 651-6800
Fax: (513) 651-6981
tcastner@fbtlaw.com
jsexton@fbtlaw.com

Attorneys for Defendant OnPoint Group LLC

0134251.0740211 4861-5674-4732v1