# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **MARQUETTA ROBERTS**, | Case No. 3:21-cv-00950-JRK |
| Plaintiff, | |
| vs. | Judge James R. Knepp, II |
| **ONPOINT GROUP LLC**, | |
| Defendant. | |

## JOINT ENTRY OF DISMISSAL WITH PREJUDICE

Plaintiff Marquetta Roberts and Defendant OnPoint Group, LLC, by their respective counsel, inform this Court that all issues and disputes in the above-styled civil action have been compromised and settled. Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Parties jointly move this Court to dismiss, with prejudice, all claims regarding the matter at issue in this litigation, with each party to bear its own costs and attorneys' fees.

This Court, being advised of the settlement and compromise of all the claims, does hereby **ORDER** that all claims in the above-styled civil action are **DISMISSED WITH PREJUDICE**. This case shall be stricken from the docket of the Court. The Court reserves jurisdiction to interpret and enforce the terms of the settlement agreement.

Entered this 20th day of April, 2022.

s/ James R. Knepp II
United States District Judge